UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. MILCH, Individually and as Custodian for JASON ADAM MILCH, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC. and GOLDMAN, SACHS & CO.,<br><br>Defendants. | No. 08-CV-3659 JES<br><br>ECF Case |

**PROOF OF SERVICE**

**PROOF OF SERVICE VIA OVERNIGHT MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On June 17, 2008, I served the following document described as:

1. **DECLARATION OF LIONEL Z. GLANCY IN SUPPORT OF MOTION OF DAVID M. MILCH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

2. **[PROPOSED] ORDER GRANTING MOTION OF DAVID M. MILCH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

3. **NOTICE OF MOTION AND MOTION OF DAVID M. MILCH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DAVID M. MILCH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

on counsel for the parties in this action, addressed as stated below:

| | |
|---|---|
| Stephanie G. Wheeler | Edward Toptani |
| Sullivan & Cromwell LLP | Toptani Law Offices |
| 125 Broad Street | 127 E. 59th St., Third Floor |
| New York, New York 10004-2498 | New York, New York 10022 |
| Telephone: (212) 558-4000 | Telephone: (212) 699-8930 |

**By Overnight Mail**: By placing true and correct copies thereof in individual sealed overnight letter envelopes, which I deposited with an official overnight mailing center on June 17, 2008, for delivery overnight.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17th, 2008 Los Angeles, California.

*s/Zabella O. Moore*
Zabella O. Moore