S PRIZZO, J

8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. MILCH, Individually and as Custodian for JASON ADAM MILCH, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC. and GOLDMAN, SACHS & CO.,<br><br>Defendants. | No. 08-CV-3659-JES<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

The time for Defendants to answer, move against or otherwise respond to the complaint in this action is extended from August 4, 2008 through and including the later of sixty (60) days after (i) the appointment of lead Plaintiff's counsel in this action or (ii) the service and filing of an amended complaint in this action. Plaintiff shall notify Defendants within 10 days of the appointment of lead Plaintiff's counsel whether Plaintiff intends to file an amended complaint.

There has been no previous request for an extension of time in this action.

Dated: New York, New York
August 4, 2008

GLANCY BINKOW & GOLDBERG LLP

By *Lionel J. Glancy / by SGW*
Lionel Z. Glancy (lglancy@glancylaw.com)
Robert M. Zabb (rzabb@glancylaw.com)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Edward G. Toptani
Toptani Law Offices
127 East 59th Street, 3rd Floor
New York, New York 10022
Telephone: (212) 699-8930
Facsimile: (212) 699-8938

*Attorneys for Plaintiff*

SULLIVAN & CROMWELL LLP

By *Stephanie G. Wheeler*
Stephanie G. Wheeler (wheelers@sullcrom.com)
David M.J. Rein (reind@sullcrom.com)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants
The Goldman Sachs Group, Inc.
and Goldman, Sachs & Co.*

SO ORDERED.
DATED: 8-6-08

UNITED STATES DISTRICT JUDGE